```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                           CASE NO. 07 B 00023
     AARON M EVANS
                                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

            Debtor
     SSN XXX-XX-5293
```

---
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/02/07 and confirmed on 04/13/07.

    2.  The case was dismissed after confirmation, 08/24/2007.

    3.  The Debtor paid a total of $   2926.68 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC/HOMECOMINGS | CURRENT MORTG | .00 | .00 | .00 |
| GMAC/HOMECOMINGS | MORTGAGE ARRE | .00 | .00 | .00 |
| TERRA SPRINGS | SECURED | 5019.41 | .00 | 1240.70 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| BAYCLUB AT MESA COVE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1444.71 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4149.21 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4687.80 | .00 | .00 |
| DELL FINANCIAL | UNSECURED | 1395.75 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1620.40 | .00 | .00 |
| LORD & TAYLOR | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 984.52 | .00 | .00 |
| NICOR GAS | UNSECURED | 822.21 | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | 15411.60 | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 572.57 | .00 | .00 |
| WELLS FARGO FINANCIAL | FILED LATE | .00 | .00 | .00 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5019.41 | .00 | 31088.77 | .00 | 36108.18 |
| PRINCIPAL PAID | 1240.70 | .00 | .00 | .00 | 1240.70 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1240.70 | .00 | .00 | .00 | 1240.70 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $   3000.00
and was paid $   1402.00  direct and $   1598.00  through the plan.

The Trustee received $     87.98 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE